**Drain M. SHORT, Plaintiff–Appellant,**

v.

**Lisa HOLLINSWORTH, Warden,**
**Defendant–Appellee.**

No. 07–7582.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 25, 2008.

Decided: March 27, 2008.

§ 636(c) (2002).

**314**

Drain M. Short, Appellant Pro Se. Ariana Wright Arnold, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Drain M. Short, a federal prisoner, seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000) for failure to exhaust administrative remedies. We have reviewed the record and have found no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Short v. Hollinsworth,* No. 8:07–cv–01134–AW (D.Md. Oct. 4, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*